# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 18-04065 |
| Cornelius Graves, III | ) | Hon. Carol A. Doyle |
| Mikki N. Graves, | ) | Hearing Date: Thurs., Feb. 28, 2019 |
| | ) | @ 10:30 a.m. |
| Debtors. | ) | |

## NOTICE OF MOTION

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, February 28, 2019** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Carol A. Doyle or any other Judge sitting in her stead, in **Courtroom 742**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation,** a copy of which is hereby served upon you.

/s/Norman B. Newman
Norman B. Newman, not individually, but solely as
the Chapter 7 Trustee for the Estate of Cornelius Graves, III
and Mikki N. Graves

Norman B. Newman (ARDC#02045427)
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on February 5, 2019, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GRAVES, CORNELIUS, III | ) | Case No. 18-04065 |
| GRAVES, MIKKI N | ) | |
| | ) | Hon. Carol A. Doyle |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:    THE HONORABLE CAROL A. DOYLE

NOW COMES Norman B. Newman, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,360.00 as compensation and $0.00 for reimbursement of expenses, $$0.00 amount of which has previously been paid.

I.    COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $26,100.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $1,250.00 |
| 10% on next | $ | 45,000 | = | $2,110.00 |
| 5% on next | $ | 950,000 | = | $0.00 |
| 3% on balance over | $ | 1,000,000 | = | $0.00 |
| TOTAL COMPENSATION | | | = | $3,360.00 |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES:   .00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: February 5, 2019

/s/ Norman B. Newman
Norman B. Newman, Trustee
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606