UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-04065 |
| | ) | |
| CORNELIUS GRAVES III | ) | Chapter: 7 |
| MIKKI N. GRAVES, | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE FINAL COMPENSATION AND EXPENSES

THIS CAUSE coming on to be heard on Trustee's final application for the allowance of fees and expenses of administration, notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Trustee's application for compensation and expenses is granted.

2. The Trustee is awarded final compensation in the amount of $3,360.00 as a Chapter 7 expense of administration of this estate.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 28, 2019

**Prepared by:**

Norman B. Newman
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000
nnewman@muchlaw.com