UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

CORNELIUS GRAVES III
MIKKI N. GRAVES,

Debtor(s)

BK No.: 18-04065

Chapter: 7

Honorable Carol A. Doyle

## ORDER AUTHORIZING FINAL COMPENSATION AND EXPENSES FOR TRUSTEE'S ATTORNEYS

THIS CAUSE coming on to be heard on the application of Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, Chapter 7 Trustee herein (the "Trustee"), for the allowance of final compensation and reimbursement of expenses, notice having been given, no objections having been filed and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The application of Much Shelist for the allowance of final compensation and reimbursement of expenses is granted.

2. Much Shelist is awarded final compensation in the amount of $7,833.50 plus reimbursement of expenses in the amount of $853.00 for services rendered as the Trustee's attorneys during the period of March 27, 2018 through November 8, 2018.

3. The Trustee is authorized to pay the awarded compensation and expense reimbursement, forthwith, as a Chapter 7 expense of administration of this estate.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 28, 2019

**Prepared by:**

Norman B. Newman
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000
nnewman@muchlaw.com