**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRAVES, CORNELIUS, III            §    Case No. 18-04065
      GRAVES, MIKKI N.                   §
                                         §
                                         §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $302,362.51 | Assets Exempt: | $13,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,331.94 | Claims Discharged Without Payment: | $3,750,725.99 |
| Total Expenses of Administration: | $14,768.06 | | |

3) Total gross receipts of $26,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,571,646.87 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,768.06 | $14,768.06 | $14,768.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $2,127.00 | $9,039.05 | $9,039.05 | $9,039.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $541,172.56 | $3,215,933.32 | $3,215,933.32 | $2,292.89 |
| **TOTAL DISBURSEMENTS** | $4,114,946.43 | $3,239,740.43 | $3,239,740.43 | $26,100.00 |

4) This case was originally filed under chapter 7 on 02/14/2018.  The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/28/2019                     By: /s/ Norman B. Newman
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Ford F150, 80000 miles | 1129-000 | $16,100.00 |
| 2017 Chevrolet Corvette, 8000 miles | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,100.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Ally Financial | 4110-000 | $65,000.00 | NA | NA | NA |
| N/F | Ally Financial | 4110-000 | $39,355.00 | NA | NA | NA |
| N/F | Bank of America Home Loans | 4110-000 | $101,000.00 | NA | NA | NA |
| N/F | Comenitybank/kay | 4110-000 | $4,087.00 | NA | NA | NA |
| N/F | JP Morgan Chase Bank | 4110-000 | $36,000.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $95,117.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $167,237.50 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $116,314.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $184,248.59 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $154,077.38 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $88,635.02 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $108,180.02 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $132,483.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $166,234.85 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $186,484.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $977,555.23 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $120,662.28 | NA | NA | NA |
| N/F | Urban Partnership Bank aso FDIC as | 4110-000 | $208,976.00 | NA | NA | NA |
| N/F | William Farrow, President | 4110-000 | $130,000.00 | NA | NA | NA |
| N/F | William Farrow, President | 4110-000 | $315,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | William Farrow, President | 4110-000 | $75,000.00 | NA | NA | NA |
| N/F | William Farrow, President | 4110-000 | $100,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$3,571,646.87** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $3,360.00 | $3,360.00 | $3,360.00 |
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 3110-000 | NA | $7,833.50 | $7,833.50 | $7,833.50 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 3120-000 | NA | $853.00 | $853.00 | $853.00 |
| Auctioneer Fees - PPL Group LLC | 3610-000 | NA | $1,610.00 | $1,610.00 | $1,610.00 |
| Auctioneer Expenses - PPL Group LLC | 3620-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $111.56 | $111.56 | $111.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$14,768.06** | **$14,768.06** | **$14,768.06** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | NA | $1,714.13 | $1,714.13 | $1,714.13 |
| 2P | Internal Revenue Service | 5800-000 | NA | $7,324.92 | $7,324.92 | $7,324.92 |
| N/F | Illinois Department of Revenue | 5600-000 | $600.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $1,527.00 | NA | NA | NA |
| N/F | Mikki N Graves | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State Disbursement Unit | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$2,127.00** | **$9,039.05** | **$9,039.05** | **$9,039.05** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Clerk, US Bankruptcy Court - Illinois Department of Revenue | 7100-001 | NA | $139.92 | $139.92 | $0.10 |
| 2U | Clerk, US Bankruptcy Court - Internal Revenue Service | 7100-001 | NA | $360.74 | $360.74 | $0.26 |
| 3 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $3,112.67 | $3,112.67 | $2.22 |
| 4 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $507.51 | $507.51 | $0.36 |
| 5 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $1,713.77 | $1,713.77 | $1.22 |
| 6 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $1,489.22 | $1,489.22 | $1.06 |
| 7 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $655.12 | $655.12 | $0.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Clerk, US Bankruptcy Court - City of Chicago Department of Finance Utility Billing Dept of Law-BK | 7100-001 | NA | $266.36 | $266.36 | $0.19 |
| 9 | Clerk, US Bankruptcy Court - Quantum3 Group LLC as agent for Comenity Bank | 7100-001 | $4,087.00 | $4,087.21 | $4,087.21 | $2.91 |
| 10 | GSUPB Recovery Fund, LLC | 7100-000 | NA | $3,203,600.80 | $3,203,600.80 | $2,284.10 |
| N/F | ADT Security Services | 7100-000 | $2,018.00 | NA | NA | NA |
| N/F | Abigail Bullock & Michael Washingto | 7100-000 | $2,200.00 | NA | NA | NA |
| N/F | America's Servicing Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Asset Acquisition | 7100-000 | $32,500.00 | NA | NA | NA |
| N/F | Aubrey & Lillie Jones Landringham | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | Aurora Emergency Associates LTD | 7100-000 | $621.00 | NA | NA | NA |
| N/F | BLL Products, Inc. | 7100-000 | $2,900.00 | NA | NA | NA |
| N/F | BMW of North America, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of America fka LaSalle Bank | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Bank of New York | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of New York Trust | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Comer | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | Blanche Cox | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | CCI/Contract Callers Inc | 7100-000 | $1,838.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CCI/Contract Callers Inc | 7100-000 | $136.00 | NA | NA | NA |
| N/F | Calvin Willory & Jestina Graham | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Cavalry | 7100-000 | $1,135.00 | NA | NA | NA |
| N/F | Chase Auto Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Home Finance LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Mortgage | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cheryl Lucas | 7100-000 | $5,500.00 | NA | NA | NA |
| N/F | Chicago Housing Authority | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | City Of Harvey Public Works Dept | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Calumet City | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | City of Chicago | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago, Dept of Buildings | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Chicago, Dept of Finance | 7100-000 | $7,209.54 | NA | NA | NA |
| N/F | City of Chicago, Dept, of Law | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Harvey | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Claire & Hilda McNeal | 7100-000 | $1,600.00 | NA | NA | NA |
| N/F | Comenity Bank, Bankruptcy Dept | 7100-000 | $33,000.00 | NA | NA | NA |
| N/F | Cook County Treasurer's Office | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dan & Tabitha Culley | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Dell Financial Services | 7100-000 | $1,005.00 | NA | NA | NA |
| N/F | Dell Financial Services | 7100-000 | $13,300.00 | NA | NA | NA |
| N/F | Denise Smith | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | Derrick & Latasha Saalik | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust as | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dominque Jones | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | EMC Mortgage Corporation | 7100-000 | $23,125.00 | NA | NA | NA |
| N/F | ERC/Enhanced Recovery Corp | 7100-000 | $1,672.00 | NA | NA | NA |
| N/F | Edward M. Atkins, MD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Edward Watkins | 7100-000 | $2,243.00 | NA | NA | NA |
| N/F | Fatima Hope Taylor | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | George Johnson | 7100-000 | $1,200.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | H. Turner & Co | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Homelink Corp. | 7100-000 | $2,700.00 | NA | NA | NA |
| N/F | IC SYSTEM INC | 7100-000 | $614.00 | NA | NA | NA |
| N/F | ICOT Hearing Sys dba Listen Clear | 7100-000 | $1,523.09 | NA | NA | NA |
| N/F | Indy Mac Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Indy Mac FSB | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Indymac Mortgage Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JSR Heating & Cooling DBA Aire Sec | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jerry & Irvina Harvey | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Jose L. Tapia & Angelica Tapia | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | LEM Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LaDonna Thomas | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Lamond Richardson | 7100-000 | $3,200.00 | NA | NA | NA |
| N/F | Land Rover Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Latonya Burgs | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Lena Meyers | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Leonora Miller | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Lisa M Jordan and Mr. Jordan | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Lisa Whitlock | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Little Company of Mary Hospital | 7100-000 | $2,314.00 | NA | NA | NA |
| N/F | Lorryce Bell & Greg Ruskin | 7100-000 | $2,400.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Macys Visa | 7100-000 | $5,200.00 | NA | NA | NA |
| N/F | Maria Walton | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Mary Willis | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Methodist Youth Services | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Mid-City Heating & Air Conditioning | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Minnie Jordan | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Nakia Jones | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Nellie Bassbey & Vicki Roberts | 7100-000 | $800.00 | NA | NA | NA |
| N/F | Nelson & Sherese Dillard | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $385.00 | NA | NA | NA |
| N/F | Northwest Orthopaedics at Rush | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ocwen Loan Servicing LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Office Depot Business Credit | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Oliver & Carolyn Bush | 7100-000 | $1,600.00 | NA | NA | NA |
| N/F | OneWest Bank Mortgage Servicing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OneWest Bank Mortgage Servicing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | OneWest Bank Mortgage Servicing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paulette Roberts | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Peoples Gas | 7100-000 | $555.73 | NA | NA | NA |
| N/F | Peoples Gas | 7100-000 | $315.20 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Quality Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rayford C. & Latanya Starks | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Renae T. Logan | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Robert R. Cain & Diane Y Archer | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Ross Sharpe & Jossie Walls | 7100-000 | $1,700.00 | NA | NA | NA |
| N/F | Saxon Mortgage Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Saxon Mortgage Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sharon Pommier | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Sharonda L. Alexander | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Tamika Welton & David Edwards | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Temeca D Harston & Janice Wilson | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Tequila S. Criglear | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Tsujiorka Walker & Erika Brown | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | U.S. Bank National Assoc, as Truste | 7100-000 | $0.00 | NA | NA | NA |
| N/F | U.S. Bank, N.A. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | U.S. Bank, N.A. as Trustee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Urban Partnership Bank aso FDIC as | 7100-000 | $208,976.00 | NA | NA | NA |
| N/F | Venisa B. Sheperd | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Vernell Holliday & Donaka Moore | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Village of Burnham | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Village of Calumet Park | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Village of Dolton | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Village of Riverdale | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Village of Riverdale - Violations | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wachovia Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wells FArgo Bank, N.A. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | William Farrow, President | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Zaragoza Sunrise Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$541,172.56** | **$3,215,933.32** | **$3,215,933.32** | **$2,292.89** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-04065 | Trustee Name: | (330270) Norman B. Newman |
| --- | --- | --- | --- |
| Case Name: | GRAVES, CORNELIUS III<br>GRAVES, MIKKI N. | Date Filed (f) or Converted (c): | 02/14/2018 (f) |
| | | § 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 03/28/2019 | Claims Bar Date: | 08/27/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 15300 Western, Harvey, IL 60426-0000, Cook County<br>Single-family home. Entire property value: $43,000.00 | 43,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1129 W. 127th Street, Calument Park, IL 60827-0000, Cook County<br>Duplex or multi-unit building, Other: commercial. Entire property value: $70,000.00 | 70,000.00 | 0.00 | | 0.00 | FA |
| 3 | 14923 Ashland, Harvey, IL 60426-0000, Cook County<br>Single-family home. Entire property value: $35,000.00 | 35,000.00 | 0.00 | | 0.00 | FA |
| 4 | 13828 Dearborn, Riverdale, IL 60827-0000, Cook County<br>Single-family home. Entire property value: $46,225.00 | 46,225.00 | 0.00 | | 0.00 | FA |
| 5 | 15618 Myrtle, Harvey, IL 60426-0000, Cook County<br>Single-family home. Entire property value: $50,000.00 | 50,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2013 Ford F150, 80000 miles<br>Entire property value: $25,000.00 | 25,000.00 | 25,000.00 | | 16,100.00 | FA |
| 7 | 2017 Jeep Wrangler<br>Entire property value: $35,000.00 | 35,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2017 Chevrolet Corvette, 8000 miles<br>Entire property value: $57,000.00 | 57,000.00 | 8,845.00 | | 10,000.00 | FA |
| 9 | household goods and furnishings, holiday decorations; linens, housewares, small appliances, pots, pans, dishes; beds, sofa, dressers, | 0.00 | 0.00 | | 0.00 | FA |
| 10 | cell phones, tvs, computer, | 600.00 | 600.00 | | 0.00 | FA |
| 11 | necessary wearing apparel, bible, texbooks, family pictures | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | earrings, rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: Fifth Third Bank | 5.54 | 5.54 | | 0.00 | FA |
| 14 | Checking: First Midwest Bank | 244.00 | 244.00 | | 0.00 | FA |
| 15 | Graves Realty & Associates, Inc., 100% ownership | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16 | Pension: City of Chicago Pension | 0.00 | 0.00 | | 0.00 | FA |
| 17 | estimated 2017 tax refunds: Federal and State | 4,000.00 | 0.00 | | 0.00 | FA |
| 18 | estimated 2017 US & IL tax refunds: Federal and State | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 19 | term life insurance policy: Mikki Graves, spouse | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-04065
**Case Name:** GRAVES, CORNELIUS III
GRAVES, MIKKI N.
**For Period Ending:** 03/28/2019

**Trustee Name:** (330270) Norman B. Newman
**Date Filed (f) or Converted (c):** 02/14/2018 (f)
**§ 341(a) Meeting Date:** 03/15/2018
**Claims Bar Date:** 08/27/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Term life insurance polciy: Mikki Graves | 0.00 | 0.00 | | 0.00 | FA |
| 21 | term life insurance policy: Cornelius Graves, spouse | 0.00 | 0.00 | | 0.00 | FA |
| 22 | City of Chicago deferred compensation - not property of bankruptcy estate | 12,687.97 | 12,687.97 | | 0.00 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$384,362.51** | **$50,982.51** | | **$26,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold interest in 2017 Chevrolet Corvette and 2013 Ford F-150 Pick Up Truck.  Set claims bar date.

**Initial Projected Date Of Final Report (TFR):** 11/30/2018      **Current Projected Date Of Final Report (TFR):** 02/05/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 18-04065 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GRAVES, CORNELIUS III / GRAVES, MIKKI N. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******4100 Checking |
| Taxpayer ID #: | **-***6651 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/28/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/24/18 | {8} | Fifth Third Bank | Payment for Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,990.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,980.00 |
| 07/10/18 | {8} | Mikki N Graves | Final payment on Corvettee. | 1129-000 | 5,000.00 | | 9,980.00 |
| 07/20/18 | | PPL Group LLC | | | 13,490.00 | | 23,470.00 |
| | {6} | PPL Group LLC | Sale of Motor Vehicle $16,100.00 | 1129-000 | | | 23,470.00 |
| | | PPL Group LLC | Auctioneer's Commission -$1,610.00 | 3610-000 | | | 23,470.00 |
| | | PPL Group LLC | Auctioneer's Expenses -$1,000.00 | 3620-000 | | | 23,470.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.60 | 23,452.40 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.85 | 23,417.55 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.96 | 23,399.59 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.15 | 23,378.44 |
| 03/05/19 | 101 | Norman B. Newman | Distribution payment - Dividend paid at 100.00% of $3,360.00; Claim # FEE; Filed: $3,360.00 | 2100-000 | | 3,360.00 | 20,018.44 |
| 03/05/19 | 102 | MUCH P.C. SHELIST | Distribution payment - Dividend paid at 100.00% of $853.00; Claim # MS-E; Filed: $853.00 | 3120-000 | | 853.00 | 19,165.44 |
| 03/05/19 | 103 | MUCH P.C. SHELIST | Distribution payment - Dividend paid at 100.00% of $7,833.50; Claim # MS-F; Filed: $7,833.50 | 3110-000 | | 7,833.50 | 11,331.94 |
| 03/05/19 | 104 | Illinois Department of Revenue | Distribution payment - Dividend paid at 100.00% of $1,714.13; Claim # 1P; Filed: $1,714.13 | 5800-000 | | 1,714.13 | 9,617.81 |
| 03/05/19 | 105 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $7,324.92; Claim # 2P; Filed: $7,324.92 | 5800-000 | | 7,324.92 | 2,292.89 |
| 03/05/19 | 106 | Clerk, US Bankruptcy Court | Combined small dividends. | | | 8.79 | 2,284.10 |
| | | | Claims Distribution - Mon, 02-04-2019 $1.06 | 7100-001 | | | 2,284.10 |
| | | | Claims Distribution - Mon, 02-04-2019 $0.26 | 7100-001 | | | 2,284.10 |
| | | | Page Subtotals: | | $23,490.00 | $21,205.90 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 18-04065 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GRAVES, CORNELIUS III GRAVES, MIKKI N. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6651 | Account #: | ******4100 Checking |
| For Period Ending: | 03/28/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $0.10 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $0.47 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $2.22 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $2.91 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $0.36 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $0.19 | 7100-001 |  |  | 2,284.10 |
|  |  |  | Claims Distribution - Mon, 02-04-2019 $1.22 | 7100-001 |  |  | 2,284.10 |
| 03/05/19 | 107 | GSUPB Recovery Fund, LLC | Distribution payment - Dividend paid at 0.07% of $3,203,600.80; Claim # 10; Filed: $3,203,600.80 | 7100-000 |  | 2,284.10 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 23,490.00 | 23,490.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | **0.00** |  |
|  |  | **Subtotal** |  |  | **23,490.00** | **23,490.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | **0.00** |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$23,490.00** | **$23,490.00** |  |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-04065 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | GRAVES, CORNELIUS III<br>GRAVES, MIKKI N. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***6651 | **Account #:** | ******4100 Checking | |
| **For Period Ending:** | 03/28/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4100 Checking | $23,490.00 | $23,490.00 | $0.00 |
| | $23,490.00 | $23,490.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)